Winthrop Brian Hedrick, Esq. (SBN 321183)
Hedrick Law, P.C.
P.O. Box 1080
Windsor, CA 95492
Telephone: (916) 296-5343
Email: brian@hedricklawpc.com

Attorney for Petitioner
SOARES BATISTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOARES BATISTA, <br><br> Petitioner, <br><br> vs. <br><br> WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY , ET AL., <br><br> Respondents. | Case No. 1:26-cv-01520-DAD-JDP <br><br> STIPULATION REGARDING BRIEFING SCHEDULE; [PROPOSED] ORDER |

Petitioner, by and through counsel of record, and Respondents, by and through counsel of record, HEREBY STIPULATE as follows:

1.  Petitioner may file a supplemental reply to Respondents' response by April 21, 2026.

IT IS SO STIPULATED

//

//

//

//

*Soares Batista v. Warden*, et al.                    Stipulation and [Proposed] Order

1

Respectfully submitted,

Dated:  April 15, 2026

/s/ Winthrop Brian Hedrick
Winthrop Brian Hedrick
Counsel for Petitioner

Dated: April 15, 2026

/s/ Jonathan Yu
Jonathan Yu
Assistant United States Attorney
Counsel for Respondents

*Soares Batista v. Warden*, et al.                                    Stipulation and [Proposed] Order

2

Winthrop Brian Hedrick, Esq. (SBN 321183)
Hedrick Law, P.C.
P.O. Box 1080
Windsor, CA 95492
Telephone: (916) 296-5343
Email: brian@hedricklawpc.com

Attorney for Defendant
SOARES BATISTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOARES BATISTA,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY , ET AL.,<br><br>Respondents. | Case No. 1:26-cv-01520-DAD-JDP<br><br>[PROPOSED] ORDER |

Based upon the stipulation and representations of the parties, the Court hereby orders as follows:

1.      Petitioner shall file any supplemental reply to the Respondent's response by April 21, 2026.

IT IS SO ORDERED.

Dated: __April 16, 2026_____

_____
HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

*Soares Batista v. Warden*, et al.                    Stipulation and [Proposed] Order

3