UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GUSTAVO SOARES BATISTA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY,<br><br>Respondent. | No.  1:26-cv-01520-DAD-JDP<br><br><br>ORDER DENYING MOTION TO WITHDRAW PETITION AS MOOT<br><br>(Doc. No. 26) |

On June 18, 2026, petitioner filed a motion to "withdraw" his petition for writ of habeas corpus.  (Doc. No. 26.)  In that motion, petitioner states that he was informed by respondent that he could not be removed because his petition had been "submitted."  (*Id.* at 2.)  However, on June 12, 2026, the court granted petitioner's petition for writ of habeas corpus and judgment was entered in his favor.  (Doc. Nos. 24, 25.)  Accordingly, the court cannot now dismiss petitioner's petition pursuant to Federal Rule of Civil Procedure 41, as petitioner appears to request. However, for the sake of clarity, a review of the docket reveals that this case is closed and there is currently no order enjoining petitioner's removal.  It is entirely unclear to the court under what authority respondent would maintain that petitioner cannot be removed.

/////

/////

1

For the reasons above, petitioner's motion to withdraw the petition for writ of habeas corpus (Doc. No. 26) is DENIED as moot.  This case remains closed.

IT IS SO ORDERED.

Dated:   **June 23, 2026**

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE