UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GUSTAVO SOARES BATISTA,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY,<br><br>                    Respondent. | No.  1:26-cv-01520-DAD-JDP<br><br><br>ORDER GRANTING MOTION FOR RECONSIDERATION<br><br>(Doc. Nos. 28, 30) |

On June 24, 2026, respondent filed a motion for reconsideration of the court's June 12, 2026 order granting petitioner's petition for writ of habeas corpus and ordering respondent to provide petitioner with a bond hearing before an immigration judge (Doc. No. 24).  (Doc. No. 30.)  Respondent represents that, on June 11, 2026, petitioner was ordered removed, waived appeal of that decision, and is therefore subject to a final order of removal.  (*Id.* at 1.)  Respondent has separately provided the court a copy of this removal order.  (Doc. No. 29-2.)  Because petitioner's detention authority has now changed to 8 U.S.C. § 1231, his request for relief has been rendered moot.  *Kapila v. Murray*, No. 1:24-cv-00914-SAB (HC), 2024 WL 5090012, at *3 (E.D. Cal. Dec. 12, 2024) (finding a challenge to detention pursuant to 8 U.S.C. §§ 1225(b), 1226(c) to have been rendered moot when the detention authority shifted to § 1231(a) and

/////

1

collecting cases).  Therefore, the court's ordered relief is no longer appropriate in light of these changed circumstances.

Accordingly, the court GRANTS respondent's motion for reconsideration (Doc. No. 30) and VACATES the portion of its June 12, 2026 order which required respondents to provide a bond hearing before an immigration judge within ten (10) days of the date of that order.  The court also DENIES petitioner's motion for immediate release (Doc. No. 28), which was based on respondent's failure to provide a bond hearing as ordered, because the applicable detention authority has shifted to 8 U.S.C. § 1231(a)(2).  This case remains CLOSED.

IT IS SO ORDERED.

Dated:   **June 25, 2026**                     _____

                                              DALE A. DROZD
                                              UNITED STATES DISTRICT JUDGE